1  Stuart Price, Esq. (SBN: 150439)
2  PRICE LAW GROUP, APC
   15760 Ventura Boulevard, Suite 800
3  Encino, CA 91436
4  Phone: 818-907-2030
   Attorneys for Plaintiff Stephanie S. Dost

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE S. DOST,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, NA., et al.<br><br>Defendant(s). | Case No.: 2:16-cv-08324-DMG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Stephanie S. Dost, by and through her undersigned counsel, hereby voluntarily dismisses with prejudice the above entitled action against Defendant Citibank, N.A. Each party to bear its own costs and attorneys' fees.

Dated: February 1, 2017

               **PRICE LAW GROUP, APC**

               By:*/s/ Stuart M. Price*
               Stuart M. Price, Esq.
               15760 Ventura Blvd., Suite 800
               Encino, CA 91436
               Tel: 818-907-2030
               stuart@pricelawgroup.com
               Attorneys for Plaintiff
               Stephanie S. Dost

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 1st day of February, 2017. Notice of this filing will be sent to all parties by electronic mail.

Andrew Moritz
Director and Associate General Counsel
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
904-954-8552 (Office)
904-954-8716 (Fax)

/s/ Sandra Padilla